UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA KUNKEL,<br>    Plaintiff,<br>v.<br>FRESENIUS USA, INC.,<br>    Defendant. | Case No. 19-cv-02887-JSC<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 30 |

In light of the parties' statement that they have resolved this case, and a dismissal is forthcoming. IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty (60) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

IT IS SO ORDERED.

Dated: May 18, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge